United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2010

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. B-09-1236 |
| **Jesus Ponce-Cardenas** | § | |

## ORDER

BE IT REMEMBERED on this __13__ day of __January__, 20__10__, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **October 15, 2009**, wherein the defendant **Jesus Ponce-Cardenas** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Jesus Ponce-Cardenas** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Jesus Ponce-Cardenas guilty of the offense of alien unlawfully found in the United States after deportation in violation of 8 U.S.C. § 1326(a).**

SIGNED this the __20__ day of __January__, 20__10__.

_____
Hilda G. Tagle
United States District Judge